United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 27, 2025
Docket #: 25-1341
Short Title: Andriesz v. BGC Financial, L.P.

DC Docket #: 1:24-cv-7004
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Lewis Liman

## DOCKETING NOTICE

A notice of appeal filed by Simon David Andriesz in the above referenced case was docketed today as 25-1341. This number must appear on all documents related to this case that are filed in this Court. For pro se parties the docket sheet with the caption page, and an Acknowledgment and Notice of Appearance Form are enclosed. In counseled cases the docket sheet is available on PACER. Counsel must access the Acknowledgment and Notice of Appearance Form from this Court's website http://www.ca2.uscourts.gov.

The form must be completed and returned within 14 days of the date of this notice. The form requires the following information:

<u>YOUR CORRECT CONTACT INFORMATION</u>: Review the party information on the docket sheet and note any incorrect information in writing on the Acknowledgment and Notice of Appearance Form.

The Court will contact one counsel per party or group of collectively represented parties when serving notice or issuing our order. Counsel must designate on the Acknowledgment and Notice of Appearance a lead attorney to accept all notices from this Court who, in turn will, be responsible for notifying any associated counsel.

<u>CHANGE IN CONTACT INFORMATION</u>: An attorney or pro se party who does not immediately notify the Court when contact information changes will not receive notices, documents and orders filed in the case.

An attorney and any pro se party who is permitted to file documents electronically in ACMS must notify the Court of a change to the user's mailing address, business address, telephone number, or e-mail.  To update contact information, a Filing User must access PACER's Manage My Appellate Filer Account, https://www.pacer.gov/psco/cgi-bin/cmecf/ea-login.pl. The Court's records will be updated within 1 business day of a user entering the change in PACER.

A pro se party who is not permitted to file documents electronically must notify the Court of a change in mailing address or telephone number by filing a letter with the Clerk of Court.

CAPTION:  In an appeal, the Court uses the district court caption pursuant to FRAP 12(a), 32(a). For a petition for review or original proceeding the Court uses a caption pursuant to FRAP 15(a) or 21(a), respectively. Please review the caption carefully and promptly advise this Court of any improper or inaccurate designations in writing on the Acknowledgment and Notice of Appearance form. If a party has been terminated from the case the caption may reflect that change only if the district court judge ordered that the caption be amended.

APPELLATE DESIGNATIONS: Please review whether petitioner is listed correctly on the party listing page of the docket sheet and in the caption. If there is an error, please note on the Acknowledgment and Notice of Appearance Form. Timely submission of the Acknowledgment and Notice of Appearance Form will constitute compliance with the requirement to file a Representation Statement required by FRAP 12(b).

For additional information consult the Court's instructions posted on the website.

Inquiries regarding this case may be directed to 212-857-8551.

Case 1:24-cv-07004-LJL   Document 38-1   Filed 04/24/25   Page 2 of 10

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Simon David Andriesz

Simon David Andriesz

(List the full name(s) of the plaintiff(s)/petitioner(s).)

24 CV 07004 (LJL)( )

-against-

**NOTICE OF APPEAL**

BGC Financial, L.P

BGC Financial, L.P

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Simon David Andriesz

Simon David Andriesz

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☐ order  entered on: April 24, 2025

(date that judgment or order was entered on docket)

that:

denied the Petitioner's motion to vacate, modify, or remand the arbitration award a

denied the Petitioner's motion to vacate, modify, or remand the arbitration award and dismissed the Petition.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

22 May 2025                         *simon andriesz*

Dated                                Signature*

Andriesz, Simon David

Name (Last, First, MI)

6 Fore Street         Devon         United Kingdom    EX151JL

Address               City          State             Zip Code

+44 7786 392102                     skanda2222@gmail.com

Telephone Number                    E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24−cv−07004−LJL

| | |
|---|---|
| Andriesz v. BGC Financial, L.P.<br>Assigned to: Judge Lewis J. Liman<br>Cause: 09:0010 Petition to Vacate Arbitration Award | Date Filed: 09/16/2024<br>Date Terminated: 04/24/2025<br>Jury Demand: None<br>Nature of Suit: 896 Other Statutes: Arbitration<br>Jurisdiction: Diversity |

**Petitioner**

**Simon David Andriesz**     represented by     **Neal Brickman**
The Law Offices of Neal Brickman, P.C.
420 Lexington Avenue
Suite 2811
New York, NY 10170
212−986−6840
Fax: 212−986−7691
Email: neal@brickmanlaw.com
*ATTORNEY TO BE NOTICED*

**Ethan York Leonard**
The Law Offices of Neal Brickman
420 Lexington Avenue
Suite 2811
New York, NY 10170
212−986−6840
Fax: 212−986−7691
Email: ethan@brickmanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**BGC Financial, L.P.**     represented by     **Nirav Sanjay Shah**
Cantor Fitzgerald
499 Park Avenue
New York, NY 10022
212−294−7873
Fax: 212−219−3158
Email: Nirav.Shah@cantor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2024 | 1 | **FILING ERROR DEFICIENT PLEADING − PDF ERROR −** PETITION TO Vacate and/or Modify ARBITRATION. (Filing Fee $ 405.00, Receipt Number ANYSDC−29900995).Document filed by Simon David Andriesz..(Leonard, Ethan) Modified on 9/17/2024 (jgo). (Entered: 09/16/2024) |
| 09/16/2024 | 2 | **FILING ERROR − PDF ERROR −** CIVIL COVER SHEET filed..(Leonard, Ethan) Modified on 9/17/2024 (jgo). (Entered: 09/16/2024) |
| 09/16/2024 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Simon David Andriesz..(Leonard, Ethan) (Entered: 09/16/2024) |
| 09/16/2024 | 4 | MOTION to Vacate Arbitration . Document filed by Simon David Andriesz..(Leonard, Ethan) (Entered: 09/16/2024) |

| | | |
|---|---|---|
| 09/16/2024 | 5 | MEMORANDUM OF LAW in Support re: 4 MOTION to Vacate Arbitration . . Document filed by Simon David Andriesz..(Leonard, Ethan) (Entered: 09/16/2024) |
| 09/16/2024 | 6 | DECLARATION of Ethan Leonard in Support re: 4 MOTION to Vacate Arbitration .. Document filed by Simon David Andriesz..(Leonard, Ethan) (Entered: 09/16/2024) |
| 09/16/2024 | 7 | DECLARATION of Ethan Leonard in Support re: 4 MOTION to Vacate Arbitration .. Document filed by Simon David Andriesz. (Attachments: # 1 Exhibit Ex. A Arbitration Award, # 2 Exhibit Ex. B Law Firm / FINRA Correspondence, # 3 Exhibit Ex. C Law Firm / FINRA Correspondence, # 4 Exhibit Ex. D Law Firm / FINRA Correspondence, # 5 Exhibit Ex. E Law Firm / FINRA Correspondence, # 6 Exhibit Ex. F Law Firm / FINRA Correspondence, # 7 Exhibit Ex. G Transcript Excerpts Day 1, # 8 Exhibit Ex. G Transcript Excerpts Day 1, # 9 Exhibit Ex. H Transcript Excerpts Day 3, # 10 Exhibit Ex. H Transcript Excerpts Day 2, # 11 Exhibit Ex. I Transcript Excerpts Day 3, # 12 Exhibit Ex. J Transcript Excerpts Day 4, # 13 Exhibit Ex. K Transcript Excerpts Day 5, # 14 Exhibit Ex. L Transcript Excerpts Day 6, # 15 Exhibit Ex. M Transcript Excerpts Day 8, # 16 Exhibit Ex. N Transcript Excerpts Day 9, # 17 Exhibit Ex. O Transcript Excerpts Day 10, # 18 Exhibit Ex. P Transcript Excerpts Day 11, # 19 Exhibit Ex. Q Contract, # 20 Exhibit Ex. R Email Correspondence Andriesz and Aubin, # 21 Exhibit Ex. S Email Correspondence Andriesz and Aubin, # 22 Exhibit Ex. T Email Correspondence Velez and McLachlan, # 23 Exhibit Ex. U Broker U−5, # 24 Exhibit Ex. V Email Correspondence Attrill and McLachlan, # 25 Exhibit Ex. W Email Correspondence Andriesz and Marinos, # 26 Exhibit Ex. X Email Correspondence Andriesz and Carmichael, # 27 Exhibit Ex. Y Elise Choukroun Proffer of Testimony, # 28 Exhibit Ex. Z Velez Correspondence).(Leonard, Ethan) (Entered: 09/17/2024) |
| 09/17/2024 | 8 | DECLARATION of Ethan Leonard in Support re: 4 MOTION to Vacate Arbitration .. Document filed by Simon David Andriesz. (Attachments: # 1 Exhibit Ex. AA Email Correspondence Andriesz and Aubin, # 2 Exhibit Ex. BB Email Correspondence Andriesz, Scotto, and McLoughlin, # 3 Exhibit Ex. CC Email Correspondence Andriesz and Rosado, # 4 Exhibit Ex. DD Letter from Dreste to Andriesz, # 5 Exhibit Ex. EE Conduct Warning from Dreste, # 6 Exhibit Ex. FF Email Correspondence McLoughlin and Fertig, # 7 Exhibit Ex. GG Letter from Dreste to Andriesz, # 8 Exhibit Ex. HH Letter from Dreste to Andriesz, # 9 Exhibit Ex. II Email from Andriesz to Rosado, # 10 Exhibit Ex. JJ Email Correspondence andriesz and Dreste, # 11 Exhibit Ex. KK Andriesz Correspondence With FINRA, # 12 Exhibit Ex. LL Email Correspondence Andriesz, Marinos, and Rosado, # 13 Exhibit Ex. MM Email Correspondence Andriesz, Marinos, and Rosado, # 14 Exhibit Ex. NN Email Velez to Andriesz, # 15 Exhibit Ex. OO Email from Andriesz to Rosado, # 16 Exhibit Ex. PP Email from Andriesz to Rosado, # 17 Exhibit Ex. QQ Email Note by Andriesz, # 18 Exhibit Ex. RR Email Correspondence Andriesz and Skitt, # 19 Exhibit Ex. SS Email Correspondence Andriesz, Dreste, and Rosado, # 20 Exhibit Ex. TT Email Correspondence Andriesz, Dreste, and Rosado, # 21 Exhibit Ex. UU Email Correspondence Andriesz, Carmichael, and Rosado, # 22 Exhibit Ex. VV Email correspondence andriesz and Sulfaro, # 23 Exhibit Ex. WW Email correspondence Andriesz and Dreste, # 24 Exhibit Ex. XX Email Andriesz to Dreste, # 25 Exhibit Ex. YY Email Correspondence Andriesz, Aubin, and McLoughlin, # 26 Exhibit Ex. ZZ Email Correspondence Andriesz and Jensen, # 27 Exhibit Ex. AAA Email Correspondence Andriesz and Popok, # 28 Exhibit Ex. BBB Fleming's Whistleblower Letter on behalf of Andriesz to Popok, # 29 Exhibit Ex. CCC CFTC Preliminary Determination to grant Andriesz a Whistleblower Award, # 30 Exhibit Ex. DDD CFTC Order imposing sanctions on BGC, # 31 Exhibit Ex. EEE SEC written confirmation of filing to Hanks, # 32 Exhibit Ex. FFF Doctor's Note, # 33 Exhibit Ex. GGG Doctor's Note, # 34 Exhibit Ex. HHH Email Correspondence Andriesz and Aubin, # 35 Exhibit Ex. III Email Correspondence Andriesz and Fertig, # 36 Exhibit Ex. JJJ Velez Correspondence, # 37 Exhibit Ex. KKK Email Correspondence McLoghlin and Fertig with Aubin attachment, # 38 Exhibit Ex. LLL Email Correspondence Andriesz and Fertig with Andriesz Attachment, # 39 Exhibit Ex. MMM Email Andriesz to Fertig, # 40 Exhibit Ex. NNN Email Correspondence Andriesz and Fertig, # 41 Exhibit Ex. OOO Email Correspondence Andriesz and Fertig, # 42 Exhibit Ex. PPP Email Correspondence andriesz and Aiken, # 43 Exhibit Ex. QQQ Email Correspondence Andriesz and Pion, # 44 Exhibit Ex. RRR Email Correspondence Andriesz and Fertig, # 45 Exhibit Ex. SSS Email Correspondence Andriesz and Pion, # 46 Exhibit Ex. TTT Email Correspondence Andriesz and Pion, # |

| | | |
|---|---|---|
| | | 47 Exhibit Ex. UUU Email Correspondence Andriesz and Pion, # 48 Exhibit Ex. VVV Andriesz Email to Dreste, # 49 Exhibit Ex. WWW Court Decision Involving Doctor, # 50 Exhibit Ex. XXX Internet Appraisals of Doctor, # 51 Exhibit Ex. YYY Letter from Dreste to Andriesz, # 52 Exhibit Ex. ZZZ Email Dreste to Dr. Busillo, # 53 Exhibit Ex. AAAA Email Correspondence Andriesz, Fertig, and Dreste, # 54 Exhibit Ex. BBBB Email Andriesz to Dreste, # 55 Exhibit Ex. CCCC CFTC Whistleblower Complaint filed on behalf of Andriesz, # 56 Exhibit Ex. DDDD CFTC Correspondence to Andriesz with notice of award, # 57 Exhibit Ex. EEEE Velez Regulatory / Whistleblower Filings, # 58 Exhibit Ex. FFFF Smith Economics Group Report, # 59 Exhibit Ex. GGGG Pomponi Report and CV, # 60 Exhibit Ex. HHHH Dr. Kampers Report, # 61 Exhibit Ex. IIII SEC Form TCR, # 62 Exhibit Ex. JJJJ SEC Form TCR).(Leonard, Ethan) (Entered: 09/17/2024) |
| 09/17/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Ethan York Leonard to RE−FILE Document No. 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; the PDF must be titled to correspond with the event type used; the pleading was not signed by an attorney of record. Re−file the pleading using the event type Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration found under the event list Complaints and Other Initiating Documents − attach the correct signed PDF − select the individually named filer/filers − select the individually named party/parties the pleading is against. If the deficiency/deficiencies are not corrected within five (5) days per Amended Standing Order 15−mc−00131 this case will be administratively closed. Initial Pleading due by 9/23/2024. (jgo)** (Entered: 09/17/2024) |
| 09/17/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Ethan York Leonard to RE−FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the civil cover sheet is not correct; multiple Nature of Suit codes was selected; the PDF was not signed by an attorney of record. Re-file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated May 28, 2024. The S.D.N.Y. Civil Cover Sheet dated May 28, 2024 is located at http://nysd.uscourts.gov/forms/civil−cover−sheet−2.. (jgo)** (Entered: 09/17/2024) |
| 09/17/2024 | 9 | PETITION TO Vacate and/or Modify ARBITRATION..Document filed by Simon David Andriesz..(Leonard, Ethan) (Entered: 09/17/2024) |
| 09/17/2024 | 10 | CIVIL COVER SHEET filed..(Leonard, Ethan) (Entered: 09/17/2024) |
| 09/18/2024 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Lewis J. Liman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(gp) (Entered: 09/18/2024) |
| 09/18/2024 | | Magistrate Judge Gary Stein is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (gp) (Entered: 09/18/2024) |
| 09/18/2024 | | Case Designated ECF. (gp) (Entered: 09/18/2024) |
| 09/19/2024 | 11 | REQUEST FOR ISSUANCE OF SUMMONS as to BGC Financial, L.P., re: 9 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration. Document filed by Simon David Andriesz..(Leonard, Ethan) (Entered: 09/19/2024) |
| 09/19/2024 | 12 | NOTICE OF APPEARANCE by Neal Brickman on behalf of Simon David Andriesz..(Brickman, Neal) (Entered: 09/19/2024) |

| | | |
|---|---|---|
| 09/20/2024 | 13 | ELECTRONIC SUMMONS ISSUED as to BGC Financial, L.P...(jgo) (Entered: 09/20/2024) |
| 09/24/2024 | 14 | WAIVER OF SERVICE RETURNED EXECUTED. BGC Financial, L.P. waiver sent on 9/24/2024, answer due 11/25/2024. Document filed by BGC Financial, L.P...(Shah, Nirav) (Entered: 09/24/2024) |
| 09/24/2024 | 15 | NOTICE OF APPEARANCE by Nirav Sanjay Shah on behalf of BGC Financial, L.P...(Shah, Nirav) (Entered: 09/24/2024) |
| 10/18/2024 | 16 | LETTER MOTION for Leave to File keep documents under seal addressed to Judge Lewis J. Liman from Nirav S. Shah dated October 18, 2024. Document filed by BGC Financial, L.P...(Shah, Nirav) (Entered: 10/18/2024) |
| 10/18/2024 | 17 | DECLARATION of Nirav S. Shah in Support re: 16 LETTER MOTION for Leave to File keep documents under seal addressed to Judge Lewis J. Liman from Nirav S. Shah dated October 18, 2024.. Document filed by BGC Financial, L.P.. (Attachments: # 1 Exhibit 1 – 2020 Conf. Agreement, # 2 Exhibit 2 – 2023 Conf. Agreement, # 3 Exhibit 3 – 01.09.2024 Transcript Excerpts, # 4 Exhibit 4 – 01.10.2024 Transcript Excerpts, # 5 Exhibit 5 – 01.10.2024 Transcript Excerpts pt. 2, # 6 Exhibit 6 – 01.11.2024 Transcript Excerpts, # 7 Exhibit 7 – 01.24.2024 Transcript Excerpts, # 8 Exhibit 8 – 01.25.2024 Transcript Excerpts, # 9 Exhibit 9 – 02.08.2024 Transcript Excerpts, # 10 Exhibit 10 – 02.09.2024 Transcript Excerpts, # 11 Exhibit 11 – Email btwn Attrill and McLachlan, # 12 Exhibit 12 – Email btwn Andriesz, Marinos, and Rosado, # 13 Exhibit 13 – Email btwn Andriesz, Carmichael, and Rosado, # 14 Exhibit 14 – Email btwn Andriesz and Aubin, # 15 Exhibit 15 – Email btwn McLoughlin and Fertig, # 16 Exhibit 16 – Email btwn Andriesz and Fertig, # 17 Exhibit 17 – Email btwn Andriesz and Fertig).(Shah, Nirav) (Entered: 10/18/2024) |
| 10/18/2024 | 18 | ***SELECTED PARTIES*** LETTER MOTION for Leave to File keep documents under seal addressed to Judge Lewis J. Liman from Nirav S. Shah dated October 18, 2024. Document filed by BGC Financial, L.P., Simon David Andriesz. (Attachments: # 1 Exhibit 3 – 01.09.2024 Transcript Excerpts, # 2 Exhibit 4 – 01.10.2024 Transcript Excerpts, # 3 Exhibit 5 – 01.10.2024 Transcript Excerpts pt 2, # 4 Exhibit 6 – 01.11.2024 Transcript Excerpts, # 5 Exhibit 7 – 01.24.2024 Transcript Excepts, # 6 Exhibit 8 – 01.25.2024 Transcript Excerpts, # 7 Exhibit 9 – 02.08.2024 Transcript Excerpts, # 8 Exhibit 10 – 02.09.2024 Transcript Excerpts, # 9 Exhibit 11 – Email btwn Attrill and McLachlan, # 10 Exhibit 12 – Email btwn Andriesz, Rosado, and Marinos, # 11 Exhibit 13 – Email btwn Andriesz, Carmichael, and Rosado, # 12 Exhibit 14 – Email btwn Andriesz and Aubin, # 13 Exhibit 15 – Email btwn McLoughlin and Fertig, # 14 Exhibit 16 – Email btwn Andriesz and Fertig, # 15 Exhibit 17 – Email btwn Andriesz and Fertig)Motion or Order to File Under Seal: 16 .(Shah, Nirav) (Entered: 10/18/2024) |
| 10/23/2024 | 19 | MEMORANDUM AND ORDER granting 16 Motion for Leave to File Document; granting 18 Motion for Leave to File Document. The Court has reviewed the proposed redactions as they relate to sensitive commercial information and sensitive non−party information. Respondent's request to seal is granted on those grounds only. SO ORDERED.. (Signed by Judge Lewis J. Liman on 10/23/2024) (ks) (Entered: 10/23/2024) |
| 11/22/2024 | 20 | LETTER addressed to Judge Lewis J. Liman from Neal Brickman dated November 22 2024 re: Petition to Vacate Arbitration Award. Document filed by Simon David Andriesz..(Leonard, Ethan) (Entered: 11/22/2024) |
| 11/22/2024 | 21 | ORDER. The parties are directed to meet and confer regarding a proposed briefing schedule on the motion to vacate the arbitration award. By December 2, 2024, the parties shall file a letter informing the Court of the proposed briefing schedule. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (MB) (Entered: 11/22/2024) |
| 11/25/2024 | 22 | JOINT LETTER addressed to Judge Lewis J. Liman from Nirav S. Shah and Ethan Leonard dated November 25, 2024 re: November 22, 2024 Order − setting briefing schedule for the Motion to Vacate. Document filed by BGC Financial, L.P...(Shah, Nirav) (Entered: 11/25/2024) |

| | | |
|---|---|---|
| 11/25/2024 | 23 | MEMO ENDORSEMENT on re: 22 Letter filed by BGC Financial, L.P., ENDORSEMENT: SO ORDERED (Signed by Judge Lewis J. Liman on 11/25/2024) BGC Financial, L.P. answer due 12/6/2024.( Responses due by 12/6/2024, Replies due by 12/23/2024.) (ks) (Entered: 11/25/2024) |
| 12/06/2024 | 24 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent BGC Group, Inc., Corporate Parent BGC Brokers U.S. L.P. for BGC Financial, L.P.. Document filed by BGC Financial, L.P...(Shah, Nirav) (Entered: 12/06/2024) |
| 12/06/2024 | 25 | RESPONSE to 9 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration. Document filed by BGC Financial, L.P...(Shah, Nirav) (Entered: 12/06/2024) |
| 12/06/2024 | 26 | MEMORANDUM OF LAW in Opposition re: 4 MOTION to Vacate Arbitration . . Document filed by BGC Financial, L.P...(Shah, Nirav) (Entered: 12/06/2024) |
| 12/06/2024 | 27 | DECLARATION of Nirav S. Shah in Opposition re: 4 MOTION to Vacate Arbitration .. Document filed by BGC Financial, L.P.. (Attachments: # 1 Exhibit 1 – FINRA Award, # 2 Exhibit 2 – 01/09/2024 Andriesz Transcript Excerpt, # 3 Exhibit 3 – 01/12/2024 Andriesz Transcript Excerpt, # 4 Exhibit 4 – 01/25/2024 Andriesz Transcript Excerpt, # 5 Exhibit 5 – 01/12/2024 Smith Transcript Excerpt, # 6 Exhibit 6 – 01/24/2024 Velez Transcript Excerpt, # 7 Exhibit 7 – 01/25/2024 Sulfaro Transcript Excerpt, # 8 Exhibit 8 – 02/08/2024 Dreste Transcript Excerpt, # 9 Exhibit 9 – 02/09/2024 McLachlan Transcript Excerpt, # 10 Exhibit 10 – 04/12/2024 Respondents Post–Hearing Brief, # 11 Exhibit 11 – 05/10/2024 Supplemental Written Submission, # 12 Exhibit 12 – 05/15/2024 Closing Argument Excerpts, # 13 Exhibit 13 – 02/17/2015 DRPA, # 14 Exhibit 14 – 05/28/2012 Employment Agreement, # 15 Exhibit 15 – 05/15/2015 Email, # 16 Exhibit 16 – 09/28/2015 Email, # 17 Exhibit 17 – 10/16/2015 Email, # 18 Exhibit 18 – 11/20/2015 Email, # 19 Exhibit 19 – 01/26/2016 Email, # 20 Exhibit 20 – 01/28/2016 Email, # 21 Exhibit 21 – 02/05/2016 Email, # 22 Exhibit 22 – 03/11/2016 Email, # 23 Exhibit 23 – 06/10/2016 Medical Report, # 24 Exhibit 24 – 09/20/2016 Email, # 25 Exhibit 25 – 11/8/2016 Email, # 26 Exhibit 26 – 11/10/2016 Email, # 27 Exhibit 27 – 11/15/2016 Email, # 28 Exhibit 28 – 11/30/2016 Email, # 29 Exhibit 29 – 12/21/2016 Letter, # 30 Exhibit 30 – 12/23/2016 Letter, # 31 Exhibit 31 – 11/20/2019 Medical Report, # 32 Exhibit 32 – 02/22/2020 Form WB–APP, # 33 Exhibit 33 – Excerpts of Dr. Morgan Notes, # 34 Exhibit 34 – Excerpts of Dr. Smith Notes, # 35 Exhibit 35 – 03/01/2016 Email, # 36 Exhibit 36 – 09/19/2024 Email).(Shah, Nirav) (Entered: 12/06/2024) |
| 12/06/2024 | 28 | LETTER MOTION to Seal *documents filed in opposition to the Motion to Vacate* addressed to Judge Lewis J. Liman from Nirav S. Shah dated Decmeber 6, 2024. Document filed by BGC Financial, L.P...(Shah, Nirav) (Entered: 12/06/2024) |
| 12/06/2024 | 29 | ***SELECTED PARTIES***DECLARATION of Nirav S. Shah in Support re: 28 LETTER MOTION to Seal *documents filed in opposition to the Motion to Vacate* addressed to Judge Lewis J. Liman from Nirav S. Shah dated Decmeber 6, 2024.. Document filed by BGC Financial, L.P., Simon David Andriesz. (Attachments: # 1 Exhibit 6 – Velez Transcript Excerpts, # 2 Exhibit 9 – McLachlan Transcript Excerpts, # 3 Exhibit 10 – 04/12/24 Post–Hearing Briefs, # 4 Exhibit 11 – 05/10/24 Supp. Written Submission, # 5 Exhibit 12 – 05/15/24 Closing Transcript Excerpt, # 6 Exhibit 23 – 6/10/16 Medical Report, # 7 Exhibit 27 – 11/15/2016 Email, # 8 Exhibit 28 – 11/30/2016 Email, # 9 Exhibit 31 – 11/20/2019 Medical Report, # 10 Exhibit 33 – Dr. Morgan Notes, # 11 Exhibit Memo of Law in Opp'n to Motion)Motion or Order to File Under Seal: 28 .(Shah, Nirav) (Entered: 12/06/2024) |
| 12/17/2024 | 30 | ORDER granting 28 Motion to Seal. The Court has reviewed Respondent's proposed redactions at Dkt. No. 29 and finds that they relate to information that is truly commercially or personally sensitive. Because the redactions satisfy the standard for sealing set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006), Respondent's letter motion to seal documents filed in opposition to the motion to vacate is granted. The Clerk of Court is respectfully directed to close Dkt. No. 28. SO ORDERED.. (Signed by Judge Lewis J. Liman on 12/17/2024) (ks) (Entered: 12/17/2024) |
| 12/23/2024 | 31 | REPLY MEMORANDUM OF LAW in Support re: 4 MOTION to Vacate Arbitration . . Document filed by Simon David Andriesz..(Leonard, Ethan) (Entered: 12/23/2024) |

| | | |
|---|---|---|
| 12/23/2024 | 32 | DECLARATION of Ethan Leonard in Support re: 4 MOTION to Vacate Arbitration .. Document filed by Simon David Andriesz..(Leonard, Ethan) (Entered: 12/23/2024) |
| 12/31/2024 | 33 | LETTER MOTION for Leave to File Sur−Reply in Opposition to the Petition & Motion to Vacate or Modify *Arbitration Award* addressed to Judge Lewis J. Liman from Nirav S. Shah dated December 31, 2024. Document filed by BGC Financial, L.P.. (Attachments: # 1 Exhibit A − Proposed Sur−Reply, # 2 Exhibit B − Proposed Shah Declaration, # 3 Exhibit 1 to Shah Decl.− FINRA Docket Page, # 4 Exhibit 2 to Shah Decl. − Award Service Letter, # 5 Exhibit 3 to Shah Decl. − June 17, 2024 Email, # 6 Exhibit 4 to Shah Decl. − June 18, 2024 Shah Email to Brickman, # 7 Exhibit 5 to Shah Decl. − June 18, 2024 Brickman Email).(Shah, Nirav) (Entered: 12/31/2024) |
| 01/01/2025 | 34 | ORDER granting 33 Letter Motion for Leave to File Document (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 01/01/2025) |
| 01/02/2025 | 35 | REPLY MEMORANDUM OF LAW in Opposition re: 4 MOTION to Vacate Arbitration . . Document filed by BGC Financial, L.P...(Shah, Nirav) (Entered: 01/02/2025) |
| 01/02/2025 | 36 | REPLY AFFIRMATION of Nirav S. Shah in Opposition re: 4 MOTION to Vacate Arbitration .. Document filed by BGC Financial, L.P.. (Attachments: # 1 Exhibit 1 to Shah Decl. − Docket Page, # 2 Exhibit 2 to Shah Decl. − Award Service Letter, # 3 Exhibit 3 to Shah Decl. − June 17, 2024 Email, # 4 Exhibit 4 to Shah Decl. − June 18 Email Shah to Brickman, # 5 Exhibit 5 to Shah Decl. − June 18, 2024 Email − Brickman to Shah Email).(Shah, Nirav) (Entered: 01/02/2025) |
| 04/23/2025 | 37 | OPINION AND ORDER re: 4 MOTION to Vacate Arbitration . filed by Simon David Andriesz. Petitioner's motion to vacate, modify, or remand the arbitration award is DENIED and the Petition is DISMISSED. The Clerk of Court is respectfully directed to terminate all pending hearings and deadlines and to close this case. SO ORDERED. (Signed by Judge Lewis J. Liman on 4/23/2025) (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 04/23/2025) |
| 04/24/2025 | 38 | CLERK'S JUDGMENT re: 37 Opinion & Order. in favor of BGC Financial, L.P. against Simon David Andriesz.It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated April 23, 2025, Petitioner's motion to vacate, modify, or remand the arbitration award is DENIED and the Petition is DISMISSED; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 4/24/2025) (Attachments: # 1 Notice of Right to Appeal) (nd) (Entered: 04/24/2025) |
| 05/23/2025 | 39 | NOTICE OF APPEAL from 38 Clerk's Judgment,,. Document filed by Simon David Andriesz. Form D−P is due within 14 days to the Court of Appeals, Second Circuit..(nd) (Entered: 05/23/2025) |
| 05/23/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 39 Notice of Appeal..(nd) (Entered: 05/23/2025) |
| 05/23/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 39 Notice of Appeal filed by Simon David Andriesz were transmitted to the U.S. Court of Appeals..(nd) (Entered: 05/23/2025) |

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**　　　　　　　　　　　　**CATHERINE O'HAGAN WOLFE**
**CHIEF JUDGE**　　　　　　　　　　　　　　　　　　**CLERK OF COURT**

**Distribution of Instructions & Forms for Pro Se Parties in U.S & Private Civil Cases**

_X_ Acknowledgment and Notice of Appearance
_X_ Docketing Notice
_X_ Docket Report
_X_ How to Appeal Your Civil Case
_X_ How to Appeal as a Pro Se Party
_X_ Form D-P
_X_ T-1080 Form
_X_ Financial Affidavit
_X_ Local Rule 24.1 Statement
_X_ Certificate of Service
_X_ Format Motion
_X_ Format Brief
_X_ Format Appendix
_X_ Pro Se Scheduling Notification
_X_ Oral Argument Statement (Local Rule 34.1(a))
_X_ Form 6 Certificate of compliance
___ Form 7 Declaration of Inmate Filing (only if detained/incarcerated)