United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**　　　　　　　　　　　**CATHERINE O'HAGAN WOLFE**
CHIEF JUDGE　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date: June 11, 2025　　　　　　　　　　　　　DC Docket #: 1:24-cv-7004
Docket #: 25-1341　　　　　　　　　　　　　　DC Court: SDNY (NEW YORK CITY)
Short Title: Andriesz v. BGC Financial, L.P.　　DC Judge: Trial Judge - Lewis Liman

## NOTICE OF DEFECTIVE FILING

On June 10, 2025 the Acknowledgment and Notice of Appearance Form, on behalf of the Appellee BGC Financial, L.P., was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
**\_\_X\_\_\_ Improper proof of service *(FRAP 25)***
　　　　**\_\_\_X\_\_ Missing proof of service**
　　　　_____ Served to an incorrect address
　　　　_____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
　for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
　　　　_____ Incorrect caption *(FRAP 32)*
　　　　_____ Wrong color cover *(FRAP 32)*
　　　　_____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs
　*(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
_____ Other: _____

      Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **June 13, 2025**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

      Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8568.