## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Andriesz v. BGC Financial, L.P,                    Docket No.: 25-1341

Lead Counsel of Record (name/firm) or Pro se Party (name): Nirav S. Shah

Appearance for (party/designation): BGC Financial, LP, Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✔] Correct
[ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
[✔] Correct
[ ] Incorrect.    The following parties do not wish to participate in this appeal:
Parties: _____

[ ] Incorrect.    Please change the following parties' designations:
Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✔] Correct
[ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

[✔] This case has not been before this Court previously.
[ ] This case has been before this Court previously.    The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ([✔]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
May 29, 2025 _____ OR that ([ ]) I applied for admission on _____ or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Nirav S. Shah
Type or Print Name: Nirav S. Shah
            OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

## **CERTIFICATE OF SERVICE**

I hereby certify that on 11th of June, 2025, a copy of the foregoing was filed via regular mail on Simon Andriesz, the appellant, in the case at the address listed below and on the Clerk's docketing notice.

Simon Andriesz
6 Fore Street
Devon, EX151JL United Kingdom

/s/ Nirav S. Shah
Nirav S. Shah