**UNITED STATES COURT OF APPEALS**
for the
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand twenty-five.

Simon David Andriesz,

    Petitioner - Appellant,

v.

BGC Financial, L.P.,

    Respondent - Appellee.

**ORDER**
Docket No. 25-1341

A notice of appeal was filed on May 23, 2025. The Appellant's Form D-P due June 6, 2025 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective July 7, 2025 if the Form D-P is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court