# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | | |
|---|---|---|---|
| **CASE TITLE** | **DISTRICT** | | **DOCKET NUMBER** |
| | **JUDGE** | | **APPELLANT** |
| | **COURT REPORTER** | | **PRO SE APPELLANT** |

| | |
|---|---|
| **Check the applicable provision:**<br>☐ **I am ordering a transcript.**<br>☐ **I am not ordering a transcript.**<br><br>**Reason for not ordering a transcript:**<br>☐ **Copy is already available**<br>☐ **No transcribed proceedings**<br>☐ **Other (Specify in the space below):** | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)<br><br><br>**METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21) |
| **INSTRUCTIONS TO COURT REPORTER:**<br>☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**<br>☐ **PREPARE TRANSCRIPT OF TRIAL**<br>☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**<br>☐ **OTHER (Specify in the space below):** | **DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)** |

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript.** *See* **FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| **APPELLANT'S SIGNATURE** | **DATE** |
|---|---|
| | |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017