United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: August 1, 2025
Docket #: 25-1341
Short Title: Andriesz v. BGC Financial, L.P.

DC Docket #: 1:24-cv-7004
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Lewis Liman

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8565.